| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:09CR00105-3 DSC |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00020-JCM-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Timothy White | Western District of Pennsylvania | Pittsburgh, Pa |
| ✓ FILED   ___ RECEIVED<br>___ ENTERED   ___ SERVED ON<br>JAN 28 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi  DEPUTY | NAME OF SENTENCING JUDGE<br>The Honorable David Stewart Cercone<br>Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/22/2024 — TO 12/21/2034 |

OFFENSE

21 U.S.C. 846 Conspiracy to Possess with Intent to Distribute Five Kilograms or More of Cocaine
18 U.S.C. 1956(h) Conspiracy to Engage in Money Laundering

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. White is supervised in the District of Nevada and intends to remain in that district.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Western District of Pennsylvania"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| _____January 24, 2025_____ | _____s/David Stewart Cercone_____ |
|---|---|
| *Date* | *Senior United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| January 30, 2025 | _____/s/ James C. Mahan_____ |
|---|---|
| *Effective Date* | *United States District Judge* |

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Timothy White

Case No.: TO BE ASSIGNED

**<u>REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION</u>**

January 28, 2025

TO:   United States District Judge:

On January 24, 2014, Mr. White was sentenced to 240 months for count 1 and 3 to run concurrent followed by 10 years of supervised release in the Western District of Pennsylvania for Conspiracy to Possess with Intent to Distribute More than Five Kilograms of Cocaine, in violation of 21 U.S.C. § 846 and Conspiracy to Engage in Money Laundering in violation of 18 U.S.C § 1956(h) Supervision commenced December 22, 2024, in the District of Nevada.

White intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by his signature on the attached Prob 22 (Transfer of Jurisdiction) Judge David Stewart Cercone agreed to relinquish jurisdiction of the case.

Should you have any questions regarding this matter, the undersigned is available at your convenience.

Respectfully submitted,

*Digitally signed by Amanda Stevens*
*Date: 2025.01.28 13:41:19 -08'00'*

Amanda Stevens
United States Probation Officer

Approved:

*Digitally signed by Steve Goldner*
*Date: 2025.01.28 13:39:18 -08'00'*

Steve M Goldner
Supervisory United States Probation Officer